ORIGINAL

FILED

08/18/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0320

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0320

THOMAS ALVARADO,

    Petitioner and Appellant,

    v.

CORRECTIONAL CORPORATION OF
AMERICA, et al.,

    Defendants and Appellees.

ORDER

FILED

AUG 18 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

This Court reviews briefs to ensure compliance with Rule 10 of the Montana Rules of Appellate Procedure. After reviewing the Appellant's opening brief filed on August 17, 2021, this Court has determined that the brief does not comply with the Rule and must be resubmitted.

M.R. App. P. 10(2) requires copies of all papers filed to be served on all other parties to the appeal or review. The brief does not identify opposing counsel or indicate that the brief was served on opposing counsel. Appellant must identify opposing counsel, and the brief and all future papers that are filed must be served on opposing counsel.

Appellant's brief did not contain a certificate of service. Therefore, the brief does not comply with M.R. App. P. 10(4). Appellant must serve opposing counsel and provide certification of service, including the identity of opposing counsel and the address at which opposing counsel was served.

M.R. App. P. 10(7)(e)(i) permits this Court to require the redaction of additional information. We require the Appellant's revised brief to remove the full Social Security Number and date of birth of Appellant, currently located on page 12 of the Appellant's brief. Accordingly,

IT IS ORDERED that the signed original of the referenced brief be returned for revisions necessary to comply with the specified Rule;

IT IS FURTHER ORDERED that a signed original of the revised brief ordered

herein be filed within ten (10) days of the date of this Order with the Clerk of this Court and that one copy of the revised brief be served on each counsel of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk of this Court is directed to mail a true copy of this Order to Appellant and to mail a true copy of this Order to all counsel upon whom the brief was served.

DATED this 18th day of August, 2021.

For the Court,

By

Justice